UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| LISA MARIE EWING, | ) | Case No. C16-1312-JPD |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION FOR EAJA FEES |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the parties' stipulated motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. 16. Based on the parties' stipulated motion, the Court ORDERS that the stipulated motion (Dkt. 16) is GRANTED, and that EAJA attorney's fees of $5,000.00 shall be awarded to plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon plaintiff's assignment of

ORDER
PAGE - 1

these amounts to plaintiff's attorney. Any check for EAJA fees shall be mailed to plaintiff's counsel, Tha Win, at 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.

DATED this 25th day of August, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 2